IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Keith Rucker, #353895, | ) | C/A No.: 1:19-310-MGL-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Bryan P. Stirling, Director of SCDC; Charles Williams, Warden of McCormick; Thomas Robertson, Associate Warden of McCormick; Alyson Gladwell, Associate Warden of McCormick; Stephanie Marshall, Major of McCormick; Stanley Terry, Administrative Captain of McCormick; Clarissa Jones, Lieutenant of McCormick; Juanita Moss, Food Service Director; Bell, Food Service Supervisor; Myers, Food Service Supervisor; Beard, Food Service Supervisor; Wilson, Food Service Supervisor; Willie F. Smith, Food Service Branch Chief; Tim E. Rogers, Commissary Supervisor; Deborah Richter, Head Nurse (former); Victoria Norman, Head Nurse (current); Ashley Maddox, Mental Health Counselor; Cynthia Darden, Mental Health Counselor; Kennard Dubose, Mental Health Director; and Cindy Richardson, Psychiatrist, in their individual and official capacities. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on Plaintiff's third and fourth motions to compel [ECF Nos. 45, 51] and Plaintiff's motion to expedite disocvery [ECF No. 48]. In his third motion to compel, Plaintiff requests the court compel Defendants to respond to all items objected to in their responses to his first set of requests for production. After a review of the responses, on August 26, 2019, the undersigned denied Plaintiff's second motion to compel, finding that Defendants appropriately responded to the requests "that sought information specific to Plaintiff." [ECF No. 36]. The requests Defendants refused to answer all sought items such as pictures of any homemade weapons or reports of all assaults, regardless of whether Plaintiff was involved. Defendants' objections were proper. Plaintiff's third motion to compel and request for additional discovery [ECF No. 45] is denied.[1]

In Plaintiff's fourth motion to compel [ECF No. 51], Plaintiff requests Defendants' objections to his second requests for production be overruled. The undersigned denies Plaintiff's motion as to requests 1 and 2, as they are overbroad, seeking all log books for his dorm and all "monthly management information." [ECF No. 51-1]. As in his prior motions to compel, Plaintiff provides no argument as to why he needs these documents. As to requests 3

---

[1] To the extent Plaintiff's third motion to compel also sought responses to his second requests for production, the motion is denied as moot, as the issues are more fully covered in Plaintiff's fourth motion to compel.

and 4, which request pictures of the cooler and hotbox used to transport food to Plaintiff, Defendants indicated they will attempt to locate photographs. The undersigned finds Defendants' response adequate, though the relevance of these pictures is unclear. As to request 5, which seeks "inspection sheets for the cafeteria" at McCormick, the undersigned grants Plaintiff's motion to compel and directs Defendants to produce any DHEC inspections of the McCormick cafeteria from 2018 to the present.

Plaintiff's motion to "expedite discovery" is denied as moot.

IT IS SO ORDERED.

October 4, 2019  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge